UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ  85377

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ELLSWORTH, ANTHONY DAY | ) | Case No. 08-10528-PHX RJH |
| ELLSWORTH, SHANNA GWENN | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in Sec 347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | AMERICAN EXPRESS BANK<br>C/O BECKET AND LEE<br>P.O. BOX 3001<br>MALVERN, PA  19355-0701 | $4.20 |

| | |
|---|---|
| January 15, 2010 | /s/ Jill H. Ford |
| DATE | JILL H. FORD, TRUSTEE |